UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TODD MCELROY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV424-020 |
| GEORGIA DEPARTMENT OF HUMAN RESOURCES, | ) ) ) ) |
| Defendant. | ) ) |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 8), to which Plaintiff has filed objections, (docs. nos. 9 & 10). For the reasons explained below, the Report and Recommendation is **ADOPTED**, as supplemented. <u>See, e.g.</u>, 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.").

The Magistrate Judge concluded that McElroy's Amended Complaint was too vague to state any claim upon which relief can be granted. (Doc. no. 8 at 2-4.) McElroy filed two objections, which are nearly identical. (<u>Compare</u> doc. no. 9, <u>with</u> doc. no. 10.) McElroy's first objection, which is identified as his "amended objections," explains one of the policies that the Magistrate Judge noted was referred to in his Amended Complaint. (Doc. no. 9 at 1; doc. no. 8 at 2-3.) His second objection provides the same explanation. (Doc. no. 10 at 1.) The objections, however, suggest that McElroy is, once again, seeking to relitigate a claim that was rejected by this Court in 2016. (Doc. no. 9 at 1 (referring to "a complaint in 2016")); <u>see also, e.g.</u>, <u>McElroy v. Savannah Technical College</u>, CV416-

206, doc. no. 7 (S.D. Ga. Oct. 26, 2016) (dismissing Complaint with prejudice). Nothing in McElroy's objections, therefore, undermine the Magistrate Judge's conclusion that his Amended Complaint fails to state a claim.

The Court, therefore, agrees with the Magistrate Judge's determination that McElroy's Amended Complaint, (doc. no. 7), fails to state a claim upon which relief can be granted. The Report and Recommendation is, therefore, **ADOPTED**. (Doc. no. 8.) McElroy's Amended Complaint is **DISMISSED**. (Doc. no. 7.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA